Name: Fernando Gastelum
Address: 209 W. 9th Street, Casa Grande, AZ 85122
Telephone Number: 520-560-0927
Email: fernandog8899@gmail.com
*Pro se*

FILED
AUG 09 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fernando Gastelum,<br><br>  Plaintiff,<br><br>vs.<br><br>Bmv Hotels LP dba Best Western Plus Forest Park Inn,<br><br>  Defendant. | Case No.: C 21 06099 VKD<br><br>**COMPLAINT** |

## I. STATEMENT OF CLAIM

1. My name is Fernando Gastelum. I am 61 years old. I am missing a leg and use a wheelchair.

2. Defendant owns or operates a hotel at 375 Leavesley Rd. Gilroy, CA 95020 (Public Accommodation).

3. I visited the Public Accommodation on June 30, 2021.

4. When I came to the Public Accommodation, I noted that it was not compliant with the Americans with Disabilities Act and the California's civil rights laws and California disabled person's law:

    a. No marked access aisle for passenger loading zone. This condition makes it more difficult for me to moves from the lobby to the car.

1

    b. Curb Ramp sticking out onto the accessible parking access aisle. This condition makes it more difficult for me to control the wheelchair on a sloped surface.

    c. Cross slope of walking surface is too steep. This condition makes it more difficult for me to control the wheelchair on a sloped surface.

5. I was denied equal access to the Public Accommodation by defendant by not complying with the ADA and California's civil rights law as stated above.

6. I will not want to revisit the Public Accommodation because it is not fully compliant with the Americans with Disabilities Act and the California's civil rights laws and California civil rights laws.

## II. RELIEF I REQUEST

1. Order Defendant to comply with the ADA and California civil rights law or close its Public Accommodation.

2. Order Defendant to pay my cost and expenses. If I retain a lawyer, then also lawyer's fees.

3. Damages under California law for $4,000 per violation for a total to be determined at a hearing.

4. Other relief that I am entitled to.

## III. REQUEST FOR JURY TRIAL: I request a jury trial.

DATED this 2nd day of August, 2021

_____
Fernando Gastelum