Michael Heath (State Bar No. 196747)
Howard Olsen (State Bar No. 255888)
Walter J. Lin (State Bar No. 327142)
**LAW OFFICE OF MICHAEL HEATH**
3251 Steiner Street
San Francisco, CA 94123
Phone 415-931-4207
mheath@mheathlaw.com

Attorneys for *Defendant*
*BMV HOTELS LP dba BEST WESTERN PLUS FOREST PARK INN*

*BEST WESTERN PLUS FOREST PARK INN*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>Plaintiff,<br><br>v.<br><br>BMV HOTELS LP dba BEST WESTERN PLUS FOREST PARK INN,<br><br>Defendant. | Case No. 21-cv-06099-VKD<br><br>**ANSWER TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR VIOLATIONS OF: AMERICANS WITH DISABILITIES ACT; UNRUH CIVIL RIGHTS ACT** |

COMES NOW DEFENDANT BMV HOTELS LP dba BEST WESTERN PLUS FOREST PARK INN**, a California Limited Partnership** ("Defendant") to answer Plaintiff **FERNANDO GASTELUM'S** ("Plaintiff") Complaint For Damages & Injunctive Relief For Violations of: American's With Disabilities Act; and the Unruh Civil Rights Act ("Complaint") as follows:

## STATEMENT OF CLAIM

1. Defendant is without sufficient knowledge or information to form a belief as to the truth of plaintiff's allegations in paragraph 1 and on that basis neither admits nor denies the same.

2. Defendant admits the allegations in paragraph 2.

3. Defendant is without sufficient knowledge or information to form a belief as to the truth

- 1 -
**ANSWER TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR VIOLATIONS OF: AMERICANS WITH DISABILITIES ACT; UNRUH CIVIL RIGHTS ACT**

of plaintiff's allegations in paragraph 3 and on that basis neither admits nor denies the same.

4. Defendant is without sufficient knowledge or information to form a belief as to the truth of plaintiff's allegations in paragraph 4 and on that basis neither admits nor denies the same.

5. Defendant is without sufficient knowledge or information to form a belief as to the truth of plaintiff's allegations in paragraph 5 and on that basis neither admits nor denies the same.

6. Defendant is without sufficient knowledge or information to form a belief as to the truth of plaintiff's allegations in paragraph 6 and on that basis neither admits nor denies the same.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state facts sufficient to constitute a cause of action against this answering Defendant.

### SECOND AFFIRMATIVE DEFENSE

The comparative fault of Plaintiff's and others, and such conduct of the part of Plaintiff and others, proximately contributed to the damages, if any, suffered by Plaintiff.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff has failed to adequately mitigate his damages as alleged herein.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff is guilty of laches in that he has inexcusably and unreasonably delayed the filing of this action thereby causing substantial prejudice to Defendants.

### FIFTH AFFIRMATIVE DEFENSE

ANSWER TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR VIOLATIONS OF: AMERICANS WITH DISABILITIES ACT; UNRUH CIVIL RIGHTS ACT

Plaintiff consented to any conduct complained of against any defendant. Plaintiff's consent which is both express and implied, bars any recovery herein.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's actions are barred by the applicable statute of limitations including, but not limited to, California Code of Civil Procedure Sections 337, 338, 339, 340, and 342 and California Civil Code Section 1783.

### SEVENTH AFFIRMATIVE DEFENSE

This answering defendant alleges that by reason of the acts, omissions, or conduct of plaintiff and\or agents, or by reason of their ratification of the acts, omissions, or conduct of others, plaintiff is barred from any relief and\or the recovery of damages under the doctrine of waiver and\or estoppel.

### EIGHTH AFFIRMATIVE DEFENSE

This answering defendant presently has insufficient knowledge or information on which to form a belief as to whether they may have additional, but as yet unstated, affirmative defenses available, and accordingly, this answering defendant reserves the right to assert additional defenses in the event discovery indicates the same would be appropriate.

### NINTH AFFIRMATIVE DEFENSE

This answering defendant is informed and believes and thereon alleges that applicable law does not require some or all of plaintiff's proposed access changes. Defendant is unaware of plaintiff's specific complaints of alleged architectural barriers as his complaint is general and vague. Because discovery is just starting, defendant is informed and believes that based on future construction/contractor bids regarding proposed access changes, the costs of said bids will show that the proposed changes are disproportionate to the overall previous applicable alteration. Therefore they should will not be required under relevant and applicable access law. Defendant asserts this defense based on the discovery of contractor bids and the discovery of proposed access changes and complaints.

## TENTH AFFIRMATIVE DEFENSE

Defendant is informed and believes that the proposed access changes are not readily achievable is defined by applicable access law. Defendant bases this defense on future construction/contractor bids regarding some of the proposed access changes once disclosed to defendant by plaintiff.

## ELEVENTH AFFIRMATIVE DEFENSE

Defendant is informed and believes that to meet the access requirements that plaintiff may request would be structurally impractical or technically infeasible. Defendant is informed and believes that the proposed access change would be an unnecessary and undue burden financially infeasible based on future proposed construction/contractor bids and defendant's earnings. Such remedial measures would be practically difficult and/or too expensive and are not mandated by applicable access law. Defendant asserts the financially infeasible defense based upon future construction/contractor bids.

WHEREFORE, Defendant, **BMV HOTELS LP dba BEST WESTERN PLUS FOREST PARK INN, a California Limited Partnership,** prays that Plaintiff take nothing by this complaint, that Defendant be awarded its costs of suit, including reasonable attorney's fees; and for such other and further relief as the Court may deem proper.

DATED: August 27, 2021

LAW OFFICE OF MICHAEL HEATH

By: *[signature]*
Michael Heath
Howard Olsen
Walter J. Lin
Attorneys for Defendant
BMV HOTELS LP dba BEST WESTERN PLUS FOREST PARK INN

- 4 -
ANSWER TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR VIOLATIONS OF: AMERICANS WITH DISABILITIES ACT; UNRUH CIVIL RIGHTS ACT

I, MAYUR PATEL, hereby declare as follows:

I am one of the Partners of the limited partnership and I have been expressly authorized to make this verification on behalf of the Defendant. I am familiar with all of the facts relating to this Answer to the Compliant. For this reason, I am making this verification.

I have read the foregoing answer and know the contents thereof and the same is true of my own knowledge except as to matters stated in the complaint on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco, California, on August 27, 2021.

*[signature]*

MAYUR PATEL
General Partner
BMV HOTELS LP