Michael Heath (State Bar No. 196747)
Howard Olsen (State Bar No. 255888)
Walter J. Lin (State Bar No. 327142)
**LAW OFFICE OF MICHAEL HEATH**
3251 Steiner Street
San Francisco, CA 94123
Phone 415-931-4207
mheath@mheathlaw.com

Attorneys for *Defendant*
*BMV HOTELS LP dba BEST WESTERN PLUS FOREST PARK INN*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>    Plaintiff,<br><br>v.<br><br>BMV HOTELS LP dba BEST WESTERN PLUS FOREST PARK INN,<br><br>    Defendant. | Case No. 21-cv-06099-VKD<br><br>**JOINT STIPULATION TO DISMISS** |

## I.    **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 5, 2021      By: _____
                                                           Fernando Gastelum

Dated:                  LAW OFFICE OF MICHAEL HEATH

                          By: _____
                                   Michael Heath
                                   Attorneys for Defendant